# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JENNIFER CHILDERS,

        Plaintiff,

  v.

KILOLO KIJAKAZI,
Commissioner of Social Security

        Defendant.

Case No. 3:23-cv-00008-SLG

## ORDER RE STIPULATED MOTION FOR REMAND

Before the Court at Docket 12 is the parties' *Stipulated Motion for Remand.* After considering the Motion, and for cause shown, **IT IS ORDERED** that the motion is GRANTED and the above-captioned action be reversed and remanded to the Commissioner of Social Security on an open record, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

On remand, the Appeals Council will direct the Administrative Law Judge to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of her claim and an opportunity for a new hearing.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 6th day of July, 2023 at Anchorage, Alaska.

        */s/ Sharon L. Gleason*
        UNITED STATES DISTRICT JUDGE