IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER CHILDERS,<br><br>        Plaintiff,<br>   v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 3:23-cv-00008-SLG |

**ORDER RE MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412**

Before the Court at Docket 15 is Plaintiff Jennifer Childers' *Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412*. Defendant Kilolo Kijakazi responded in opposition at Docket 17, to which Ms. Childers replied at Docket 18.

Based upon the Court's review of the parties' filings and the applicable case law, the Court finds that the amount of fees sought by Plaintiff is adequately supported and overall reasonable, including the fees spent in the preparation of the reply and should all be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Therefore, IT IS ORDERED that the motion is GRANTED as follows:

Plaintiff is awarded reimbursement of costs in the amount of $400.00 and attorneys fees in the amount of $10,866.37.

Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2528-29 (2010), EAJA fees

awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program. Therefore, this Court orders that any amount of the above award not offset pursuant to 31 U.S.C. § 371(c) shall be made payable to Plaintiff, with the check mailed to the office of Maren Bam, Esq., at the following address:

Salus Law, PLLC
8513 W. 9th Ave.
Kennewick, WA 99336

DATED this 23rd day of October, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00008-SLG, *Childers v. Kijakazi*
Order re Motion For Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412
Page 2 of 2
Case 3:23-cv-00008-SLG   Document 19   Filed 10/23/23   Page 2 of 2